

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00271-CV

| | | |
|---|---|---|
| Pedison USA, Inc. and Dickson Ewemade | § | From the 48th District Court |
| | § | of Tarrant County (048-263530-13) |
| v. | § | November 23, 2016 |
| CNC Construction Inc. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
        Justice Sue Walker